# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Ellis,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Liberty Life Assurance Company of Boston,<br><br>　　　　Defendant. | No. CV-18-00965-PHX-DJH<br><br>**ORDER** |

　　The Court having reviewed the Stipulation of Dismissal with Prejudice (Doc. 17), filed on August 8, 2018,

　　IT IS ORDERED approving the Stipulation (Doc. 17) and dismissing this action as to Defendant Liberty Life Assurance Company of Boston, with prejudice, each party to bear its own attorneys' fees and costs.

　　IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

　　**Dated** this 9th day of August, 2018.

_____
Honorable Diane J. Humetewa
United States District Judge